PER CURIAM.
Affirmed. See McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Vasquez v. State, 90 So.3d 291 (Fla. 2d DCA 2012) (table decision); Vasquez v. State, 61 So.3d 1127 (Fla. 2d DCA 2011) (table decision); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Coughlin v. State, 932 So.2d 1224 (Fla. 2d DCA 2006) (en banc); State v. Vasquez, 918 So.2d 1016 (Fla. 2d DCA 2006); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001).
SILBERMAN, WALLACE, and SALARIO, JJ., Concur.